People v Esson (2024 NY Slip Op 01559)

People v Esson

2024 NY Slip Op 01559

Decided on March 20, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
FRANCESCA E. CONNOLLY
BARRY E. WARHIT
CARL J. LANDICINO, JJ.

2022-09875
 (Ind. No. 266/21)

[*1]The People of the State of New York, respondent, 
v
Jonathan Esson, appellant.

David M. Hoovler, District Attorney, Goshen, NY (Robert H. Middlemiss of counsel), for respondent.
Alex Smith, Middletown, NY, for appellant.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Orange County (William L. DeProspo, J.), rendered November 15, 2022, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Lopez, 6 NY3d 248, 257; People v Coplin, 194 AD3d 739). Contrary to the defendant's contention, the County Court adequately explained, and the defendant acknowledged that he understood, the separate and distinct nature of the waiver of the right to appeal (see People v Headley, 197 AD3d 1329, 1330; People v Miles, 189 AD3d 890, 891). The defendant's valid waiver of his right to appeal precludes appellate review of his contentions that the sentence imposed was excessive (see People v Coplin, 194 AD3d 739) and that the sentence constitutes cruel and unusual punishment (see People v Yakubov, 204 AD3d 1043, 1044).
DILLON, J.P., CONNOLLY, WARHIT and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court